# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 663 MAL 2014
:
     Respondent    : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
    v.      :
:
:
:
MARK ETHAN MCFALL,    :
:
     Petitioner     :

## ORDER

**PER CURIAM**

  **AND NOW**, this 21st day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.